IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) | CASE NO.: 5:21-cv-347–D |
| vs. | ) ) | |
| MICHAEL TODD MONTGOMERY, and JULIA ROSS, | ) ) ) | |
| Defendants. | | |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO.: 5:21-cv-405–D |
| MICHAEL TODD MONTGOMERY, and JULIA ROSS, | ) ) ) | |
| Defendants. | | |

## ORDER ON JOINT MOTION TO CONSOLIDATE CASES FOR DISCOVERY AND TRIAL

This Matter is before the Court on the parties' Joint Motion to Consolidate the subject cases for the purposes of discovery and trial.

Based upon the representations of counsel, this Court finds that, based upon the common issues involved and in the interests of judicial economy, there is good cause to consolidate these matters for the purposes of discovery and trial.

IT IS THEREFORE ORDERED that these matters be consolidated for the purposes of discovery and trial. All future filings shall be docketed only in the lead case, 5:21-cv-347-D. The Clerk shall add Republic Franklin Insurance Company as a plaintiff on the docket of 5:21-cv-347-D. All future filings should include the caption of both cases, similar to the caption of this order.

SO ORDERED. This the **29** day of December, 2021.

                                                JAMES C. DEVER III
                                                United States District Judge